UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

BRIAN PESSIN,

                  Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, LLC
and DISCOVER BANK,

                  Defendants.
--------------------------------------------------------------x

12/18/19

**ORDER OF PARTIAL**
**DISMISSAL**

19 CV 5254 (VB)

       The Court has been advised plaintiff and defendant Experian Information Solutions, Inc.

("Experian") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as

without costs, and without prejudice to the right to restore the action to the Court's calendar, as

to Experian only. Any application to restore the action must be made by no later than February

18, 2020. To be clear, any application to restore the action must be filed by February 18, 2020,

and any application to restore the action filed thereafter may be denied solely on the basis that it

is untimely.

       The Clerk is instructed to terminate defendant Experian.

Dated: December 18, 2019
      White Plains, NY

                           SO ORDERED:

                           _____

                           Vincent L. Briccetti
                           United States District Judge