UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC
DATE FILED: 2/19/20

-------------------------------------------------------------x

BRIAN PESSIN,

              Plaintiff,

v.

DISCOVER BANK,

              Defendant.

-------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 5254 (VB)

      The Court has been advised that the remaining parties in this action have settled the case.

Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without

prejudice to the right to restore the action to the Court's calendar. Any application to restore the

action must be made by no later than April 20, 2020. To be clear, any application to restore the

action must be filed by April 20, 2020, and any application to restore the action filed thereafter

may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any

pending motions are moot.

      The Clerk is instructed to close this case.

Dated: February 19, 2020
       White Plains, NY

                          SO ORDERED:

                          _____

                          Vincent L. Briccetti
                          United States District Judge